Timothy A. Loranger, Esq. (SBN: 225422)
tloranger@wisnerbaum.com
Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@wisnerbaum.com
Monique A. Alarcon, Esq. (SBN: 311650)
malarcon@wisnerbaum.com
Matthew P. French, Esq. (SBN: 327814)
mfrench@wisnerbaum.com
**WISNER BAUM LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ERICA MORA, an individual,<br><br>              Plaintiff,<br><br>       vs.<br><br>CITY OF LOS ANGELES, a municipal entity; ALBERT HSU, individually and in his official capacity as an officer for the CITY OF LOS ANGELES Police Department; BRYAN FERRATO, individually and in his official capacity as an officer for the CITY OF LOS ANGELES Police Department; ANTHONY C. ENGELMAN, individually and in his official capacity as an officer for the CITY OF LOS ANGELES; DANIEL BUNCH, individually and in his official capacity as a Sergeant for the CITY OF LOS ANGELES Police Department; GUSTAVO GUTIERREZ, individually and in his official capacity as a Sergeant for | Case No.: 2:21-cv-02115-CBM-AS<br><br>*(Hon. Consuelo B. Marshall)*<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint filed: March 8, 2021 |

| | |
|---|---|
| the CITY OF LOS ANGELES Police Department; COUNTY OF LOS ANGELES, a municipal entity; DOES 1-20, inclusive, individually and in their official capacities as police officers for the Los Angeles Police Department; and DOES 21-40, inclusive, individually and in their official capacities as sheriff's deputies for the Los Angeles County Sheriff's Department, | |
| | Defendants. |

**TO THIS HONORABLE COURT:**

Pursuant to L.R. 40-2, the parties respectfully notify the Court that the parties have reached a settlement of this matter, and a Settlement and Release Agreement has been signed. On December 13, 2024, the City Council adopted the terms of the settlement and transferred it to the Mayor for action. Upon payment of the settlement, the parties will promptly file a stipulation for dismissal with prejudice, which will include a request that the Court retain jurisdiction to enforce the terms of settlement, with each side to bear their own costs and fees.

The parties request that all scheduled hearings, case deadlines, and the trial date be vacated until further notice.

Respectfully submitted,

Dated: January 2, 2025   By: */s/ Monique A. Alarcon*
Timothy A. Loranger, Esq.
tloranger@wisnerbaum.com
Pedram Esfandiary, Esq.
pesfandiary@wisnerbaum.com
Monique A. Alarcon, Esq.
malarcon@wisnerbaum.com
Matthew P. French, Esq.
mfrench@wisnerbaum.com

**WISNER BAUM LLP**
11111 Santa Monica Blvd. Ste. 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Attorneys for Plaintiff, Erica Mora

By:  /s/ Brian S. Ginter
Brian S. Ginter
bginter@bwslaw.com
BURKE WILLIAMS & SORENSEN, LLP
444 S. Flower Stret, Ste. 2400
Los Angeles, CA 90071
Telephone: (213) 236-0600
Facsimile: (213) 236-2700
Attorneys for Defendant, City of Los Angeles

By:/s/ Gary A. Sheatz
Gary A. Sheatz
gsheatz@everettdorey.com
EVERETT DOREY, LLP
18300 Von Karman Avenue, Suite 900
Irvine, California 92612
Telephone No.: (949) 771-9233
Attorneys for Defendant Sgt. Daniel Bunch

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Monique A. Alarcon, hereby attest that concurrence in this document's content and the filing of this document has been obtained from each of the other signatories.

Dated: January 2, 2025            By:      */s/ Monique A. Alarcon*
                                            Monique A. Alarcon

# CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2025, a copy of the foregoing was filed via the court's CM/ECF system which will electronically serve a copy to all counsel who have appeared in this case.

*/s/ Monique A. Alarcon*
Monique A. Alarcon