Timothy A. Loranger, Esq. (SBN: 225422)
tloranger@wisnerbaum.com
Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@wisnerbaum.com
Monique A. Alarcon, Esq. (SBN: 311650)
malarcon@wisnerbaum.com
**WISNER BAUM LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ERICA MORA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity; ALBERT HSU, individually and in his official capacity as an officer for the CITY OF LOS ANGELES Police Department; BRYAN FERRATO, individually and in his official capacity as an officer for the CITY OF LOS ANGELES Police Department; ANTHONY C. ENGELMAN, individually and in his official capacity as an officer for the CITY OF LOS ANGELES; DANIEL BUNCH, individually and in his official capacity as a Sergeant for the CITY OF LOS ANGELES Police Department; GUSTAVO GUTIERREZ, individually and in his official capacity as a Sergeant for the CITY OF LOS ANGELES Police Department; COUNTY OF LOS | Case No.: 2:21-cv-02115-CBM-AS<br><br>*(Hon. Consuelo B. Marshall)*<br><br>**STIPULATION OF DISMISSAL**<br>[Fed.R.Civ.P. 41(a)(1)(A)(ii)]<br><br>Complaint filed: March 8, 2021 |

STIPULATION OF DISMISSAL

| | |
|---|---|
| 1 | ANGELES, a municipal entity; DOES 1-20, inclusive, individually and in their official capacities as police officers for the Los Angeles Police Department; and DOES 21-40, inclusive, individually and in their official capacities as sheriff's deputies for the Los Angeles County Sheriff's Department, |

Defendants.

IT IS HEREBY STIPULATED, by and between Plaintiff, Erica Mora, Defendants, City of Los Angeles, Albert Hsu, Bryan Ferrato, Anthony C. Engelman, Gustavo Gutierrez, and Defendant, Daniel Bunch, Sergeant for the Los Angeles Police Department, that this action is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties stipulate that each side is to bear their own costs and attorneys' fees.

Respectfully submitted,

Dated: February 26, 2025

By: */s/ Timothy A. Loranger*
Timothy A. Loranger, Esq.
tloranger@wisnerbaum.com
Pedram Esfandiary, Esq.
pesfandiary@wisnerbaum.com
Monique A. Alarcon, Esq.
malarcon@wisnerbaum.com
**WISNER BAUM LLP**
11111 Santa Monica Blvd. Ste. 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
Attorneys for Plaintiff, Erica Mora

-2-
STIPULATION OF DISMISSAL

By: /s/ Brian S. Ginter
Brian S. Ginter
bginter@bwslaw.com
BURKE WILLIAMS & SORENSEN, LLP
444 S. Flower Stret, Ste. 2400
Los Angeles, CA 90071
Telephone: (213) 236-0600
Facsimile: (213) 236-2700
Attorneys for Defendant, City of Los Angeles


By:/s/ Gary A. Sheatz
Gary A. Sheatz
gsheatz@everettdorey.com
EVERETT DOREY, LLP
2030 Main Street, Suite 1200
Irvine, California 92614
Telephone No.: (949) 868-1713
Attorneys for Defendant Sgt. Daniel Bunch

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Timothy A. Loranger, hereby attest that concurrence in this document's content and the filing of this document has been obtained from each of the other signatories.

Dated: February 26, 2025         By:      */s/ Timothy A. Loranger*
                                          Timothy A. Loranger

# CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2025, a copy of the foregoing was filed via the court's CM/ECF system which will electronically serve a copy to all counsel who have appeared in this case.

*/s/ Timothy A. Loranger*
Timothy A. Loranger